[No. 12653–2–II.  Division Two.  August 16, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHNNY
DEMERSON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 208831R040, Bruce Cohoe, J., entered Febru-
ary 17, 1989. *Affirmed* by unpublished opinion per Alexan-
der, C.J., concurred in by Petrich and Worswick, JJ.

[No. 12538–2–II.  Division Two.  August 16, 1990.]

RONN CORBIT, ET AL, *Respondents,* v. THOR HENDRICKSEN,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 87–2–03053–4, William L. Brown, Jr., J.,
entered December 9, 1988. *Affirmed as modified* by unpub-
lished opinion per Petrich, J., concurred in by Alexander,
C.J., and Worswick, J.

[No. 12095–0–II.  Division Two.  August 16, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK
ANTHONY FIX, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 87–1–02902–8, Robert H. Peterson, J., entered
June 8, 1988. *Affirmed* by unpublished opinion per Petrich,
J., concurred in by Alexander, C.J., and Worswick, J.

[No. 11981–1–II.  Division Two.  August 16, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. TODD D.
GORDON, *Appellant.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 88–1–00020–7, David E. Foscue, J.,
entered May 16, 1988. *Affirmed* by unpublished opinion per
Reed, J., concurred in by Petrich, A.C.J., and Worswick, J.